SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SCOTT E. HENNIGH, Cal. Bar No. 184413
NATHANIEL BRUNO, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:     415-434-9100
Facsimile:     415-434-3947
E-Mail:        shennigh@sheppardmullin.com
               nbruno@sheppardmullin.com

*Of Counsel*:
JOSEPH W. BERENATO
STEVEN B. KELBER
BERENATO, WHITE & STAVISH, LLC
6550 Rock Spring Drive, Suite 240
Bethesda, Maryland 20817
Telephone:     (301) 896-0600
Facsimile:     (301) 896-0607
E-Mail:        jberenato@bwsiplaw.com
               skelber@bwsiplaw.com

Attorneys for Defendants
SONIC DRILL CORPORATION,
SONIC DRILLING, LTD., and RAY ROUSSY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ENLINK GEOENERGY SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JACKSON & SONS DRILLING & PUMP, INC.; JAMES D. JACKSON; SONIC DRILL CORPORATION; SONIC DRILLING, LTD.; and RAY ROUSSY,<br><br>Defendants. | Civil Action No. 4:09-CV-03524-CW<br><br>**STIPULATION TO CONSOLIDATE INITIAL CMC HEARING AND MOTION TO DISMISS HEARING ON NOVEMBER 19, 2009, AND ORDER THEREON**<br><br>**[Civil L.R. 6-2]**<br><br>The Honorable Claudia Wilken<br>United States District Judge<br>Courtroom 2, Fourth Floor |

1

W02-WEST:6NB1\402298897.1

Civil Action No. 4:09-cv-03524-CW

STIPULATION TO CONSOLIDATE INITIAL CMC HEARING AND MOTION TO DISMISS HEARING ON NOVEMBER 19, 2009, AND [PROPOSED] ORDER THEREON

## STIPULATION

WHEREAS, following reassignment of this case to the Honorable District Judge Claudia Wilken, this Court issued a Case Management Scheduling Order (Docket No. 12) re-scheduling the Initial Case Management Conference ("CMC") in this action for November 24, 2009, at 2:00 p.m.;

WHEREAS, Defendants Sonic Drill Corporation, Sonic Drilling, Ltd., and Ray Roussy filed a Motion to Dismiss for Lack of Personal Jurisdiction (Docket No. 45) ("Motion to Dismiss") that is scheduled for hearing on November 19, 2009, at 2:00 p.m.;

WHEREAS, given the close proximity of these hearing dates, it is in the interests of efficiency and the conservation of resources of the parties and the Court to consolidate the hearings on the CMC and Motion to Dismiss; and

WHEREAS, consolidating the hearings on the CMC and Motion to Dismiss on November 19, 2009 at 2:00 p.m. (the current date and time for the Motion to Dismiss hearing) is not objectionable to any of the parties and will not affect the subsequent schedule for the case (*see* accompanying Declaration of Steven B. Kelber at ¶ 2);

NOW, THEREFORE, IT IS HEREBY STIPULATED, by all parties to this action, through their counsel of record, that the hearings on the CMC and Motion to Dismiss should be consolidated and occur together at the date and time currently set for the hearing on the Motion to Dismiss, which is **November 19, 2009 at 2:00 p.m.**, and that all separate deadlines under the Federal Rules of Civil Procedure and Local Rules that depend from the CMC date should be adjusted accordingly.

//
//
//
//
//
//

-2-

W02-WEST:6NB1\402298897.1
Civil Action No. 4:09-cv-03524-CW

STIPULATION TO CONSOLIDATE INITIAL CMC HEARING AND MOTION TO DISMISS HEARING ON NOVEMBER 19, 2009, AND [PROPOSED] ORDER THEREON

1  Dated: November 9, 2009

2                                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

4                                  By               */s/ Nathaniel Bruno*
                                                  SCOTT E. HENNIGH
5                                                    NATHANIEL BRUNO

6                                                    STEVEN B. KELBER
7                                             (Berenato, White & Stavish, LLC)

8                                                  Attorneys for Defendants
                                                SONIC DRILL CORPORATION,
9                                          SONIC DRILLING, LTD., and RAY ROUSSY

10  Dated: November 9, 2009

11                                                    BAKER BOTTS L.L.P.

13                                  By              */s/ Anthony Iannitelli*
                                                  JAMES W. CANNON, JR.
14                                                    ANTHONY IANNITELLI
                                                  KEVIN CADWELL
15

16                                                    Attorneys for Plaintiff
                                        ENLINK GEOENERGY SERVICES, INC.
17
Dated: November 9, 2009
18
                             DURIE TANGRI PAGE LEMLEY ROBERTS & KENT LLP
19

20                                  By              */s/ Ryan M. Kent*
21                                                    RYAN M. KENT

22                                                  Attorneys for Defendants
                                   JACKSON & SONS DRILLING & PUMP, INC., and
23                                                  JAMES D. JACKSON

24
**Attorney's E-Filing Attestation:**
25  As the attorney e-filing this document, and pursuant to General Order 45, I hereby attest that
Anthony Iannitelli and Ryan M. Kent have consented to this filing.
26  */s/ Nathaniel Bruno – 11-09-2009*

27

28

1 | **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___11/10_____, 2009

_____
Honorable Claudia Wilken
UNITED STATES DISTRICT JUDGE

-4-
W02-WEST:6NB1\402298897.1
Civil Action No. 4:09-cv-03524-CW

STIPULATION TO CONSOLIDATE INITIAL CMC HEARING AND MOTION TO DISMISS HEARING ON NOVEMBER 19, 2009, AND [PROPOSED] ORDER THEREON