UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ENLINK GEOENERGY SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JACKSON & SONS DRILLING & PUMP, INC., JAMES D. JACKSON, SONIC DRILL CORPORATION, SONIC DRILLING, LTD. and RAY ROUSSY, <br><br> Defendants. | Case No.: CV 09-3524 CW <br> (JURY TRIAL DEMANDED) <br><br><br> **ORDER OF DISMISSAL OF CLAIMS WITH PREJUDICE** |

Pursuant to the Joint Stipulation filed in this case on April 1, 2010, this action is hereby dismissed with prejudice, and each party shall bear its own attorneys' fees and costs incurred in connection with this action.

**IT IS SO ORDERED.**

Dated: April 5, 2010

_____
CLAUDIA WILKEN
United States District Judge